# United States Court of Appeals for the Federal Circuit

———————————

May 7, 2018

**ERRATA**

———————————

Appeal No. 2017-1976

**IN RE:  JEFF H. VERHOEF,**
*Appellant*

Decided:  May 3, 2018
Precedential Opinion

———————————

The following changes have been made:

Page 6, line 13, "Board" has been changed to "Board of Patent Interferences".

Page 6, line 15, "B.P.A.I." has been changed to "Bd. Pat. Inter."

Page 8, line 15, "Board" has been changed to "Board of Patent Interferences".

Page 8, line 19, "Board" has been changed to "board".

Page 8, line 24, "Board" has been changed to "board".

Page 9, line 1, "Board" has been changed to "board".

Page 9, line 6, "Board" has been changed to "board".

Page 9, line 10, "Board" has been changed to "board".

Page 10, line 1, "Board" has been changed to "board".